**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :      No. 80 MAL 2022
                                                            :
             Respondent                    :
                                                            :      Petition for Allowance of Appeal
                                                            :      from the Order of the Superior Court
             v.                                 :
                                                            :
                                                            :
RALPH E. HAUCK, JR.,                          :
                                                            :
             Petitioner                     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**, and the Motion to Remove Counsel for Ineffectiveness of Duty is **DISMISSED AS MOOT**.